July 28, 2024

Dear Honorable Judge,

My name is Jennifer Gallello (Benard), Richard Zachary Ackerman "Zach" is my Brother, we share the same Mother Michelle Ackerman-Benard. I was 18 years old when Zach was born, working and in school as I had an amazing Mother who guided me into adulthood as parents are supposed to do. Zach however was not as lucky, our Mother who was a Registered Nurse went through significant postpartum depression after he was born and started self medicating with sleeping medications that ultimately led to an opiate addiction. I wasn't as involved in the beginning as I had moved out but when Zach was 10, I got a call from NH DCF that Zach's Father had been arrested and had to go to a program for alcohol abuse, our Mother at the time was in a rehabilitation center for her opiate addiction and the home they were living in in Salem had been condemned by the board of health. I took him to live with me and did the best I could over the course of almost 5 years.

I knew from a young age that something wasn't quite right with Zach's mental health. I have worked with adults with developmental disabilities all of my adult life and strongly believed if tested he would fall on the spectrum. His Father didn't want him labeled therefore never had him diagnosed nor got early intervention that would have helped him. Once with me I tried to help by providing stability, getting him into therapy and on an IEP at school and he overall did well. On January 29, 2017 our Mother unexpectedly had a heart attack and passed away. Zach was 15 and wanted to go home to live with his Father who had been sober for a period of time and I agreed as I wasn't in the mental state to argue. Despite my concern, he seemed to do okay, graduated high school and started showing interest in serving our country.

When Zach was 19, he enlisted and went off to bootcamp to become a Marine. On April 10, 2021 while he was at bootcamp, our other 33 year old Brother Matthew Benard was hit and killed by an Amtrak Train. We had to bring Zach home for the funeral services and he never went back. It was honestly the beginning of where we are today and I can't say I blame him as I am 40 years old and have a hard time coping. Zach is not a bad person and does not have a mean bone in his body, he was dealt a really hard hand in this crazy life and made some bad decisions but I believe with my whole being he will not recover if sent to federal prison. I pray he is given a second chance, I will continue to be here for him and think he has learned valuable lessons that he will remember while starting to rebuild his life.

Sincerely,

Jennifer Gallello
███████████ MA ███